GWE/TPW: USAO2015R00110

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 DEC -1  AM 11: 08

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH 15cr613 |
| | * | |
| **JAMAL ALEXANDER MOODY,** | * | (Conspiracy to Commit Access |
| | * | Device Fraud, 18 U.S.C. § 1029(b)(2); |
| **Defendant** | * | Aggravated Identity Theft, 18 U.S.C. |
| | * | § 1028A; Forfeiture, 18 U.S.C. |
| | * | § 1029(c), 18 U.S.C. § 982(a)(2)(B)) |
| | * | |

******

## INFORMATION

### COUNT ONE
(Conspiracy to Commit Access Device Fraud)

The United States Attorney for the District of Maryland charges that:

Between in or about July 2014 and in or about April 2015, in the District of Maryland and elsewhere, the defendant,

**JAMAL ALEXANDER MOODY,**

did knowingly and willfully conspire, combine, confederate, and agree with others known and unknown to the United States to knowingly and with the intent to defraud effect transactions with one or more access devices issued to other persons to receive payments and other things of value during a one-year period, the aggregate value of which was equal to or greater than $1,000, in a manner affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(5).

18 U.S.C. § 1029(b)(2)

## COUNT TWO
## (Aggravated Identity Theft)

The United States Attorney for the District of Maryland further charges that:

On or about December 2, 2014, in the District of Maryland and elsewhere, the defendant,

**JAMAL ALEXANDER MOODY,**

during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), did knowingly possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person: to wit, the credit card account number belonging to Victim 1, during and in relation to a conspiracy to commit access device fraud under 18 U.S.C. § 1029(b)(2), as charged in Count One of this Information and incorporated here.

18 U.S.C. § 1028A
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 1029(c) and 18 U.S.C. § 982(a)(2)(B), in the event of the defendant's conviction under Count One of this Information.

2. As a result of the offense set forth in Count One, the defendant,

**JAMAL ALEXANDER MOODY,**

shall forfeit to the United States (a) all property, real and personal, used and intended to be used to commit the offense, and (b) any property constituting, or derived from, proceeds the defendant obtained directly or indirectly as the result of such violation.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

18 U.S.C. § 1029(c)
18 U.S.C. § 982(a)(2)(B)

Date: December 1, 2015

*Rod J. Rosenstein /(TW)*
Rod J. Rosenstein
United States Attorney